Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Christopher E. Brumfiel (SBN 214866)
E-mail: cbrumfiel@bwslaw.com
April Abarca (SBN 364181)
E-mail: aabarca@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780 Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF ALAMEDA and ALAMEDA
COUNTY SHERIFF YESENIA SANCHEZ
(Collectively "COUNTY DEFENDANTS")

*Additional Counsel listed on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIANA WING,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER HECTOR ALMARAZ, an individual, OFFICER GABRIEL GONZALEZ, an individual, SERGEANT ANTHONY BUCK, an individual, CITY OF ALAMEDA, a public entity, CHIEF OF POLICE NISHANT JOSHI in his official capacity, ALAMEDA COUNTY SHERIFF YESENIA SANCHEZ, in her official capacity, COUNTY OF ALAMEDA, a public entity, and DOES 1 THROUGH 20,<br><br>Defendants. | Case No. 3:26-CV-03692-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: District Judge Charles R. Breyer<br>Courtroom 6 – 17th Floor<br><br>Trial Date: TBD |

ROBERT M. FERRIER, SB# 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
ALEXANDER M. MAVROGIANIS, SB#350199
E-Mail:Alexander.Mavrogianis@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Tel: 925.357.3456 Fax: 925.478.3260

Douglas W. McManaway, Assistant City Attorney, SB # 317067
dmcmanaway@alamedaca.gov
2263 Santa Clara Avenue, Room 280
Alameda, California 94501
ALAMEDA CITY ATTORNEY'S OFFICE
LEN ASLANIAN, ACTING CITY ATTORNEY
Tel: (510) 747-4750 Fax: (510) 865-4028

Attorneys for Defendants OFFICER HECTOR ALMARAZ, OFFICER GABRIEL GONZALEZ, SERGEANT ANTHONY BUCK, CITY OF ALAMEDA and CHIEF OF POLICE NISHANT JOSHI

Scott C. Burrell (SBN 167779)
THE BURRELL LAW OFFICE
1306 Pine Street
Walnut Creek, California 94596
Tel: 415.806.3019
Attorneys for Plaintiff
BRIANNA WING

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff BRIANNA WING, Defendants COUNTY OF ALAMEDA and ALAMEDA COUNTY SHERIFF YESENIA SANCHEZ, (Collectively "County Defendants"), and Defendants OFFICER HECTOR ALMARAZ, OFFICER GABRIEL GONZALEZ, SERGEANT ANTHONY BUCK, CITY OF ALAMEDA and CHIEF OF POLICE NISHANT JOSHI (collectively, "City Defendants"), by and through their respective counsel, hereby stipulate as follows:

**RECITALS**

1. WHEREAS, the initial Case Management Conference is currently scheduled for September 11, 2026 (Dkt. 7);

2. WHEREAS, the County Defendants have filed a motion to dismiss set for hearing on November 20, 2026 (Dkt. No. 25)

3. WHEREAS, the City Defendants have filed a motion to dismiss set for hearing on November 20, 2026 (Dkt. No. 26)

4. WHEREAS counsel for the parties believe that it is in the interests of judicial economy to continue the initial Case Management Conference to after the hearing on the motions to dismiss to permit the pleadings to become more settled;

5. WHEREAS the parties agree to hold a Rule 26(f) conference on or before October 30, 2026.

6. WHEREFORE the Parties stipulate and jointly request that the Court continue the Initial Case Management Conference to December 4, 2026 or the first date thereafter that is convenient to this Court, with associated case management deadlines continued accordingly.

IT IS SO STIPULATED



BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

Dated: September 10, 2026

Respectfully submitted,

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Gregory B. Thomas*
Gregory B. Thomas
Christopher E. Brumfiel
April Abarca
Attorneys for Defendants
COUNTY OF ALAMEDA and ALAMEDA COUNTY SHERIFF YESENIA SANCHEZ
(Collectively "COUNTY DEFENDANTS")

Dated: September 10, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Doug McManaway*
ROBERT M. FERRIER
ALEXANDER M. MAVROGIANIS
Attorneys for Defendants OFFICER HECTOR ALMARAZ, OFFICER GABRIEL GONZALEZ, SERGEANT ANTHONY BUCK, CITY OF ALAMEDA and CHIEF OF POLICE NISHANT JOSH

Dated: September 10, 2026

THE BURREL LAW OFFICE

By: */s/ Scott C. Burrell*
Scott C. Burrell

Attorneys for Plaintiff
BRIANNA WING

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Gregory B. Thomas, attest that I have obtained concurrence in the filing of this document from the other signatories listed above.

_*/S/ Gregory B. Thomas*________
Gregory B. Thomas



BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' Stipulation and Request, and good cause appearing, the initial Case Management Conference is continued to 12/4/2026. in San Francisco, Video Conference (Zoom). The Joint Case Management Statement is due by 11/20/2026.

IT IS SO ORDERED.

DATED: September 10, 2026

Charles R. Breyer
US District Judge