SCOTT C. BURRELL, State Bar NO. 167779
THE BURRELL LAW OFFICE
1306 Pine Street
Walnut Creek, California 94596
Telephone: (415) 806-3019
Attorneys for Plaintiff
Briana Wing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIANA WING,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER HECTOR ALMARAZ, an individual, OFFICER GABRIEL GONZALEZ, an individual, SERGEANT ANTHONY BUCK, an individual, CITY OF ALAMEDA, a public entity, CHIEF OF POLICE NISHANT JOSHI in his official capacity, ALAMEDA COUNTY SHERIFF YESENIA SANCHEZ, in her official capacity, COUNTY OF ALAMEDA, a public entity, and DOES 1 THROUGH 20,<br><br>Defendants. | Case No. 3:26-CV-03692-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Trial Date: None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff BRIANNA WING, Defendants COUNTY OF ALAMEDA and ALAMEDA COUNTY SHERIFF YESENIA SANCHEZ, (Collectively "County Defendants"), and Defendants OFFICER HECTOR ALMARAZ, OFFICER GABRIEL GONZALEZ, SERGEANT ANTHONY BUCK, CITY OF ALAMEDA and CHIEF OF POLICE NISHANT JOSHI (collectively, "City Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on April 28, 2026;

WHEREAS, City and County Defendants filed Motions to Dismiss on September 1, 2026;

WHEREAS, Plaintiff's responses to Defendants' Motions to Dismiss are due on or before September 15, 2026;

WHEREAS, Counsel for Plaintiff has been representing several witnesses in an investigation relating to a policing incident in San Francisco for the past week and will continue to do so until September 14, 2026, thereby limiting counsel's ability to file responsive pleadings to Defendants' respective Motions to Dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and the CITY DEFENDANTS and COUNTY DEFENDANTS, through their respective counsel, that the Court set the following briefing schedule which will provide Plaintiff with additional time to file oppositions and Defendants with additional time to file replies:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Oppositions to Motions to Dismiss due | September 15, 2026 | September 22, 2026 |
| Replies to Oppositions to Motions due | September 22, 2026 | October 8, 2026 |

DATED: September 11, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert M. Ferrier
ROBERT M. FERRIER
ALEXANDER M. MAVROGIANIS
Attorneys for Defendants CITY OF ALAMEDA, OFFICER HECTOR ALMARAZ, OFFICER GABRIEL GONZALEZ, SERGEANT ANTHONY BUCK, and CHIEF OF POLICE NISHANT JOSHI (collectively, CITY DEFENDANTS)

Dated: September 11, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Gregory B. Thomas
GREGORY B. THOMAS
CHRISTOPHER E. BRUMFIEL
JACKSON D. MORGUS
Attorneys for Defendants
COUNTY OF ALAMEDA and ALAMEDA COUNTY SHERIFF YESENIA SANCHEZ
(Collectively "COUNTY DEFENDANTS")

DATED: September 11, 2026

THE BURRELL LAW OFFICE

By: /s/ Scott C. Burrell
Scott C. Burrell
Attorneys for Plaintiff

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Scott Burrell, attest that I have obtained concurrence in the filing of this document from the other signatories listed above.

SCOTT BURRELL

**~~[PROPOSED]~~ ORDER**

Pursuant to the stipulation of the parties and good cause showing, the Court sets the following briefing schedule for filing responses to defendants' motion to dismiss:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Oppositions to Motions to Dismiss due | September 15, 2026 | September 22, 2026 |
| Replies to Oppositions to Motions due | September 22, 2026 | October 8, 2026 |

IT IS SO ORDERED.

DATED: September 11, 2026

CHARLES R. BREYER
US District Judge